NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOAN STURGILL,                              )
                                            )
            Appellant,                      )
                                            )
v.                                          )       Case No. 2D17-5055
                                            )
LUTHER TIGER; JOSE LUCAS; MARIA             )
GARCIA MORALES, Individually and            )
d/b/a LUCAS TIKI; CANDIDA LUCAS             )
GARCIA; and HERMELINDO LUCAS,               )
                                            )
            Appellees.                      )
_____ )

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Alexander Brockmeyer of Boyle & Leonard,
P.A., Fort Myers; and Marcus Viles of Viles
& Beckman, Fort Myers, for Appellant.

Mark D. Tinker, Lissette Gonzalez, and
Scott A. Cole of Cole, Scott & Kissane,
P.A., Miami, for Appellee Luther Tiger.

No Appearance for Remaining Appellees.

PER CURIAM.

            Affirmed.

CASANUEVA, LaROSE, and SALARIO, JJ., Concur.